IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| STEPHEN HAWK FRIES, ADC #160188 | PLAINTIFF |
| v.    4:21CV01218-BRW-JTK | |
| KAREN GHORMLEY, Lieutenant, Jail Administrator, Nevada County Detention Center | DEFENDANT |

## ORDER

Stephen Hawk Fries ("Plaintiff") filed a pro se Complaint pursuant to 42 U.S.C. § 1983 against Karen Ghormley, identified as Lieutenant and the Jail Administrator of the Nevada County, Arkansas, Detention Center.  (Doc. No. 2).   Nevada County, Arkansas, lies in the Western District of Arkansas.

Because of the Defendant named and allegations made, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas.   See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas.

IT IS SO ORDERED this 20th day of December, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."   Id.